# BORDER PATROL
# REPORT OF APPREHENSION OR SEIZURE

| Office or Agency | File CASE No: |
|---|---|
| RESIDENT AGENT IN CHARGE<br>DRUG ENFORCEMENT ADMINISTRATION (DEA)<br>23 BRINKERHOFF STREET<br>PLATTSBURGH, NY | Sector SWB-BKB-13-08-064<br><br>Date 08/22/2013 |

Patrol Agents DANIEL S. TAYLOR / BRIAN TROMBLEY of the BURKE / BURKE station

☐ assisted the _____
           (Agency)                              (City and State)

in the apprehension and seizure of the following:

[X] apprehended/~~interviewed~~:

| Name (Surname in CAPS) First Middle | Date and Place of Birth |
|---|---|
| COMPTON, LORENZO S<br><br>More subjects listed in narrative section | 07/06/1985<br>RHINEBECK, NEW YORK UNITED STATES |
| Address of person apprehended/interviewed | |
| 1226 COUNTY ROUTE 20<br>TROUT RIVER, NY 12926 | Nationality<br>UNITED STATES |

[X] and seized/~~recovered~~:     **VESSEL, VEHICLE OR AIRCRAFT**

| Description (Year, Make Model, Color) | Motor or Serial No. | Registry or License No. | Value (Est.) |
|---|---|---|---|
| 1999 FORD (SEE ENGLISH, FRENCH, GERMAN, AND ITALIAN FORD) EXPEDITION Green | 1FMPU18L8XLB93879 | NY/GKN9631 | |

**CONTRABAND, MERCHANDISE OR OTHER**

| Quantity | Description | Value (Est.) |
|---|---|---|
| 145.500 LBS | MARIJUANA - FOUR DUFFLE BAGS CONTAINING 145.5 POUNDS OF MARIJUANA | $582,000.00 |

| Place of Apprehension or Seizure | Date and Hour | Offense |
|---|---|---|
| ROUTE 11 COUNTY LINE CHECKPOINT, CHATEAUGAY, NY | 08/22/2013 0900 | 21 USC 841 |

**NARRATIVE:** (Include Circumstances of apprehension and seizure and facts to which apprehending officers can testify.)

```
INCIDENT COORDINATES:
-------------------:
Latitude:   44.931762
Longitude: -74.019069
```

...(CONTINUED ON I-831)     DANIEL S. TAYLOR
                                                            Signature of Reporting Officer

Received above persons and items:

**Details regarding "HOLD" placed**

Signature and Title
DRUG ENFORCEMENT ADMINISTRATION (DEA)
Office or Agency

Date

## INSTRUCTIONS

1. To be prepared when a citizen or non-deportable alien is processed for violation of the Immigration and Nationality Act, or the person arrested or article seized is delivered to an agency or person outside the Department of Homeland Security, or when such an arrest or seizure is made in a joint operation with another agency.
2. The form is addressed to the office receiving the person or article seized. In a joint operation, the form is addressed to the Chief Patrol Agent and no receipt is required.
3. Any number of persons, conveyances, or other articles may be listed on the same form provided they are a part of the same transaction.
4. Estimated values should be based on Customs appraisal when readily available or on current market values. Value of automobiles may be obtained from National Automobile Dealers' Association Handbook (Blue Book) or similar sources. Value of narcotics shall be based on the appraised value by the receiving agency. The state of refinement and location will be considered in establishing the value of seized narcotics.
5. The narrative shall briefly outline all the circumstances surrounding the apprehension or seizure and indicate the agency furnishing the original information. In a joint operation, disposition of the persons arrested or articles seized shall be shown.
6. When the person arrested is a deportable alien, or will become deportable upon conviction, an appropriate "Hold" order shall be placed and details inserted in the black box on the face of the form. In addition to this form, an I-213 shall be prepared for each alien found to be deportable at time of apprehension and that fact so noted in the narrative on the file copy only.
7. The copy retained at the Sector Headquarters of apprehension shall reflect distribution made.
8. Where words "apprehended/interviewed" and "seized/recovered" are used, delete inappropriate words.

NARRATIVE (Continued)

| U.S. Department of Homeland Security | | Continuation Page for Form | I-44 |
|---|---|---|---|
| Alien's Name<br>COMPTON, LORENZO S | File Number | Date<br>08/22/2013 | |

ARRESTING AGENTS:
------------------
WILSON LOPEZ of the BURKE station
DAVID GOTTSCHALL of the BURKE station


SUBJECTS:
---------
Name - COMPTON, PETER
1226 COUNTY ROUTE 20
TROUT RIVER, NY 12926
Date of Birth - 08/16/1989
Place of Birth - RHINEBECK, NEW YORK UNITED STATES
Nationality - UNITED STATES


ASSISTING ASSETS:
-----------------
Canines


Narrative Title: Report of Apprehension or Seizure
--------------------------------------------------
On, August 22, at approximately 0830, Agents from the Malone Border Patrol Station: Daniel Taylor, Brian Trombley and Wilson Lopez, were conducting an immigration checkpoint on State Route 11, in the Town of Chateaugay, NY. Agent David Gottschall was positioned in a marked US Border Patrol Tahoe east of the checkpoint, in order to detect and interdict any attempts to evade or circumvent the checkpoint.

At approximately 0845, Border Patrol Agents observed a green colored Ford sport utility vehicle abruptly slow down and veer into the driveway of a residence and farm stand located at 8169 State Route 11 in Chateaugay, NY. Based on Agent Gottschall's prior experience and the erratic maneuver performed in close proximity to the checkpoint operation Agent Gottschall immediately responded to the area, suspecting that the vehicle might be attempting to evade law enforcement.

Agent Gottschall encountered the vehicle in the aforementioned driveway. Both occupants had exited the vehicle by the time Agent Gottschall arrived. They were perusing a roadside vegetable stand. Agent Gottschall initiated the lights on his vehicle, exited his vehicle, introduced himself as a United States Border Patrol Agent and requested that they return to their vehicle immediately. Another subject later identified as Thomas Cook DOB:

| Signature | Title |
|---|---|
| DANIEL S. TAYLOR | SENIOR PATROL AGENT |

3 of 4 Pages

| U.S. Department of Homeland Security | | Continuation Page for Form | I44 |
|---|---|---|---|
| Alien's Name<br>COMPTON, LORENZO S | File Number | Date<br>08/22/2013 | |

02/28/1961, identified himself as the brother of the owner of the residence and remained outside of the vehicle. Both subjects returned to their vehicle upon Agent Gottschalls request.

Agent Gottschall relayed the vehicle information to dispatch, KAD 640. The vehicle was identified as a 1999 Ford Expedition, with license plate number- GKN 9631, registered to Luella Compton DOB: 02/07/1963. Agent Gottschall returned to the vehicle and identified both occupants as, COMPTON, Lorenzo DOB: 07/06/1985 and his brother COMPTON, Peter DOB: 08/16/1989, both sons of Luella COMPTON. Agent Gottschall immediately observed that both subjects were extremely nervous, to the point of shaking. Agent Gottschall looked through the windows into the vehicle and observed a blanket covering what appeared to be several bulky and round objects. Based on his experience Agent Gottschall knew that contraband is routinely concealed with blankets in order to prevent plain view observations from law enforcement officers or the public. Agent Gottschall suspected that the vehicle contained contraband and contacted Agent Taylor for K9 assistance.

Utilizing Border Patrol Canine TIKO NCF#040901, Agent Taylor performed a canine sniff on the exterior of the vehicle. Canine TIKO alerted to the driver's side open window, Agent Taylor opened the door allowing TIKO to gain access to the interior of the vehicle. TIKO immediately jumped to the rear hatch area of the SUV and alerted to four duffle bags. The duffle bags were found to contain numerous vacuum sealed bags containing a green leafy substance.
Both COMPTON, Lorenzo and COMPTON, Peter were placed under arrest and transported to the Malone Border Patrol Station for further processing.

Agent Taylor performed a field test on the green leafy substance using Duquenois Levine Reagent 908, which identified the substance as marijuana. Agent Rascoe weighed the marijuana at approximately 145.5 pounds. Pictures of the subjects, vehicle, and narcotics were taken by Agent Rascoe.

HSA Josh Fleming was contacted by BPA Porras and was advised as to the marijuana seizure.

DEA was contacted and BPA Porras accepted the case. Both subjects, vehicle and marijuana were turned over to the DEA for investigation.

| Signature<br>DANIEL S. TAYLOR | Title<br>SENIOR PATROL AGENT |
|---|---|

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

0004